IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 13-61576-CIV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THE STATE OF FLORIDA,

        Defendant.
_____/

**DISABILITY RIGHTS FLORIDA'S RESPONSE TO ORDER TO SHOW CAUSE**

        Plaintiff -Intervenor, Disability Rights Florida, moved this Court to grant intervention as a matter of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, and, in the alternative, permissive intervention under Rule 24(b) of the Federal Rules of Civil Procedure on September 5, 2013. (ECF No. 13).

        Plaintiff-Intervenor, Disability Rights Florida, formerly known as the "Advocacy Center for Persons with Disabilities, Inc.," is Florida's federally funded protection and advocacy system. Disability Rights Florida is authorized by federal law to "pursue legal, administrative, and other appropriate remedies or approaches to ensure the protection of, and advocacy for, the rights of individuals within the State who are or who may be eligible for treatment, services, or habilitation, or who are being considered for a change in living arrangements." 42 U.S.C. § 15043(a)(2)(A)(i). Disability Rights Florida has a uniquely relevant interest in the subject matter of this action as a system statutorily enabled to pursue remedies on behalf of individuals with disabilities. *See* 42 U.S.C. § 15043(a)(2)(A)(i). The consolidation of this matter with the case *A.R. v. Dudek et al.,* Case No. 12-60460-CV-ROSENBAUM (ECF No. 34) does not alter Disability Rights Florida's interest in this matter.

        Moreover, the consolidation of this matter with the case *A.R. v. Dudek et al.,* Case No. 12-60460-CV-ROSENBAUM (ECF No. 34) does not abrogate Disability Rights Florida's

1

authority to intervene as set forth in its Motion to Intervene and corresponding memorandum of law, both as a as a matter of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure or, in the alternative, permissively under Rule 24(b) of the Federal Rules of Civil Procedure. (ECF No. 13).

Accordingly, Disability Rights Florida wishes to proceed with its Motion to Intervene in this case.

DATE:  December 17, 2013               Respectfully submitted,

**Disability Rights Florida, Inc.**

BY:     /s/ David A. Boyer
        David A. Boyer
        Florida Bar No. 90917
        DavidB@DisabilityRightsFlorida.org
        1930 Harrison Street, Suite 104
        Hollywood, Florida 33020-7050
        Phone: (850) 488-9071
        Fax:    (850) 488-8640

        Amanda Heystek
        Florida Bar No. 285020
        AmandaH@DisabilityRightsFlorida.org
        1000 N. Ashley Dr., Suite 640
        Tampa, FL  33602
        Phone: (850) 488-9071
        Fax:    (850) 488-8640

        Molly Paris
        Florida Bar No. 90486
        MollyP@DisabilityRightsFlorida.org
        1930 Harrison Street, Suite 104
        Hollywood, Florida 33020-7050
        Phone: (850) 488-9071
        Fax:    (850) 488-8640

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided to all counsel of record via CM/ECF this 17th day of December, 2013.

    /s/ David A. Boyer
David A. Boyer
Florida Bar No. 90917
DavidB@DisabilityRightsFlorida.org
1930 Harrison Street, Suite 104
Hollywood, Florida 33020-7050
Phone: (850) 488-9071
Fax: (850) 488-8640